

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2025

No. 04-25-00227-CV

Cortney **AUSTIN**,
Appellant

v.

Jacob **SEE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-16670
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

Sitting:     Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 28, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court